

# The Fast Law Firm, P.C.

521 Fifth Avenue, 17 Floor | New York, NY 10175 | Phone: (212) 729-9494

April 21, 2023

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2023

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Malcom Reasonover,
      23 Cr. 141 (VEC)

Dear Judge Caproni:

I represent Mr. Reasonover on the above-captioned case. I respectfully write with the consent of the Government to request an extension until April 28, 2023, for Mr. Reasonover to satisfy the conditions of his pretrial release bond.

The Government is scheduled to interview both of the proposed financially responsible co-signers for Mr. Reasonover's bond today. Additional time will be needed for the co-signers to sign and swear out the bond. The Government consents to this extension.

Thank you for your time and consideration of this request.

Respectfully submitted,

s/Elena Fast
Elena Fast, Esq.
Counsel for Malcom Reasonover

Application GRANTED.

SO ORDERED.

*[signature]*
04/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE