```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                                      :

UNITED STATES OF AMERICA

                                                      :    23-cr-00141-VEC-4

    -against-                                   :    ORDER

Malcolm Reasonover

Defendant
-------------------------------------X

Valerie E. Caproni, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition, mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
May  9 , 2023

                                         SO ORDERED:

                                         _____
                                         Valerie E. Caproni
                                         United States District Judge