```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,  :
                                        -against-  :
MALCOLM REASONOVER,  :    23-CR-141 (VEC)
                                    Defendant.  :    <u>ORDER</u>
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 10, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

      IT IS HEREBY ORDERED that a change-of-plea hearing in this matter will take place on **Tuesday, April 30, 2024, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date:** **April 10, 2024**
      **New York, New York**

                                                      **VALERIE CAPRONI**
                                                  **United States District Judge**