```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                   :
                                            :
            -against-                       :
                                            :
MALCOLM REASONOVER,                         :   23-CR-141 (VEC)
                                            :
                        Defendant.          :   ORDER
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 30, 2024, the parties appeared before the Court for a change-of-plea hearing, at which Mr. Reasonover entered a plea of guilty to Count 1 of the Indictment, which was accepted by the Court.

IT IS HEREBY ORDERED that Mr. Reasonover will be sentenced on **Thursday, August 29, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The parties' pre-sentencing submissions are due **August 15, 2024**.

**SO ORDERED.**

Date:  April 30, 2024
       New York, New York

                                                **VALERIE CAPRONI**
                                                **United States District Judge**