UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,         :

                         -against-                              :

   MALCOLM REASONOVER,                 :          23-CR-141 (VEC)

                              Defendant.  :          <u>ORDER</u>
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that Mr. Reasonover's sentencing, currently scheduled for Thursday, August 29, 2024, is hereby RESCHEDULED to **Tuesday, August 27, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The parties' pre-sentencing submissions are due **August 15, 2024**.

**SO ORDERED.**

**Date: August 7, 2024**
**        New York, New York**                                    **VALERIE CAPRONI**
                                                                          **United States District Judge**