

**FAST LAW**

521 Fifth Avenue, 17 Floor
New York, NY 10175

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

November 1, 2024

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024
```

<u>Via ECF</u>

Honorable Valerie E. Caproni
U.S. District Judge
Southern District of New York
Thurgood Marshall United
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Malcolm Reasonover,</u> 23 CR 141-VEC
       Request for Extension of Time to Self-Surrender

Dear Judge Caproni:

I represented Mr. Malcolm Reasonover on the above captioned matter. Mr. Reasonover is scheduled to self-surrender to FCI Milan on November 6, 2024. I am writing with the consent of the Government to request a 3-week extension of Mr. Reasonover's self-surrender date for medical reasons.

Mr. Reasonover has informed us that he has recently been diagnosed with a serious, life-threatening medical condition. We have received some corroborating medical documentation from Mr. Reasonover's medical providers. However, we are still missing the treatment records from Mr. Reasonover's oncologist.

We are respectfully requesting a three-week extension of Mr. Reasonover's self-surrender date from November 6, 2024 to November 27, 2024. This extension is necessary for both parties to obtain a full set of Mr. Reasonover's medical records, confirm his diagnosis and proposed treatment plan and if necessary, apply to the Court for a longer extension of Mr. Reasonover's self-surrender date. I have conferred with AUSA Jun Xiang and he does not object to this request.

Thank you for your time and consideration of this request.

Respectfully Submitted,

<u>s/ Elena Fast</u>
Elena Fast, Esq.



Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

521 Fifth Avenue, 17 Floor
New York, NY 10175

Counsel for Malcolm Reasonover

cc:     All parties on record (via ECF)

---

Application GRANTED.  Mr. Reasonover's surrender date is ADJOURNED to **Tuesday, December 3, 2024.**

SO ORDERED.

*Valerie Caproni*   11/4/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE