

**FAST LAW**

521 Fifth Avenue, 17 Floor
New York, NY 10175

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

November 25, 2024

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024

<u>Via ECF</u>
Honorable Valerie E. Caproni
U.S. District Judge
Thurgood Marshall United
40 Foley Square
New York, NY 10007

**Re:**    <u>**United States v. Malcolm Reasonover,**</u> 23 CR 00141-VEC
Request for Extension of Time to Self-Surrender

Dear Judge Caproni:

I represent Mr. Malcolm Reasonover on the above captioned matter. Mr. Reasonover is scheduled to self-surrender to FCI Milan on December 4, 2024. I am writing with the consent of the Government to respectfully request a 4-month extension of Mr. Reasonover's self-surrender date for medical reasons.

Mr. Reasonover was recently diagnosed with a serious, life-threatening medical condition. The Court previously granted an extension of self-surrender from November 11, 2024 to December 4, 2024 to allow the Defense to secure treatment records from Mr. Reasonover's physician and confer with the Government.

We have obtained Mr. Reasonover's medical records, confirmed his diagnosis, and received the proposed treatment plan from his physician. I have conferred with AUSA Jun Xiang, who consents to a 4-month extension of Mr. Reasonover's self-surrender to permit Mr. Reasonover to undergo medical treatment.

Therefore, I respectfully seek that Mr. Reasonover's self-surrender date be extended from December 4, 2024 to April 4, 2025.

Thank you for your time and consideration of this request

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Malcolm Reasonover

cc:    All parties on record (via ECF)

Application GRANTED.

SO ORDERED.

*Valerie Caproni*    11/26/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE