

521 Fifth Avenue, 17 Floor
New York, NY 10175

Elena Fast, Esq.
Tel (212) 729-9494
elena@fastlawpc.com

September 12, 2025

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025

<u>Via ECF</u>
Honorable Valerie E. Caproni
U.S. District Judge
Thurgood Marshall United
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Malcolm Reasonover,</u> 23 CR 00141-VEC
      Request for a 45-day extension of Time to Self-Surrender

Dear Judge Caproni:

I represented Mr. Malcolm Reasonover on the above captioned matter. Mr. Reasonover is scheduled to self-surrender to the Bureau of Prisons September 16, 2025. I am writing to request a 45-day extension of Mr. Reasonover's self-surrender date for medical reasons until October 31, 2025.



Mr. Reasonover's medical records are enclosed as <u>Defense Exhibit A</u>.

Therefore, I am respectfully seeking an extension of Mr. Reasonover's self-surrender to the Bureau of Prisons to commence his term of incarceration until October 31, 2025, with leave to apply for an additional extension should it be medically necessary to do so.

I have reached out to the Government on September 2, 2025 and September 5, 2025 and have not heard back regarding their position on our request.

Thank you for your time and consideration of this request

Respectfully Submitted,

s/ Elena Fast
Elena Fast, Esq.
Counsel for Malcolm Reasonover

cc:    All parties on record (via ECF)

Application GRANTED.

SO ORDERED.

*Valerie Caproni* (signature)
9/12/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE